JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COLLEY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL VIERRA, et al.,<br><br>    Defendants. | NO. CV 19-1988-MEMF (AGR)<br><br>**ORDER OF DISMISSAL UPON STIPULATION** |

The parties having filed a stipulation for dismissal of this action with prejudice with each party to bear its own costs, fees, and attorneys fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS ORDERED that this action is dismissed in its entirety with prejudice. Each party shall bear its own attorneys fees, costs and fees.

Dated: June 28, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge